**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00010-CV

### JOHN P. HAGAN, Appellant

### V.

### JAMES E. PENNINGTON, Appellee

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-00175-2017**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 4,

2018. The appeal will be resubmitted in the first quarter of 2019.

/s/    DAVID EVANS
PRESIDING JUSTICE